83,567-05

8-17-15

Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, TX 78711

Mark Eugene Engle #1958430
Connally Unit
899 FM 632
Kenedy, TX 78119

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 19 2015
Abel Acosta, Clerk

RE: Writ of Habeas Corpus
296th Judicial District
Collin County, Texas

Dear Clerk,

Will you please forward my request to the neccessary department to be processed as soon as possible. Your time and consideration in this matter is greatly appreciated.

Thank You

Sincerely,

Mark Eugene Engle

(cover letter)

8-17-15

Court of Criminal Appeals,

Honorable Justice,

I want to respectfully request that this Honorable court ask the 296th Judicial District Court of Collin County, Texas to forward the Applications for Writ of Habeas Corpus in Ex parte Mark Evgene Engle.

The Writ was served on the State on June 22nd, 2015.

Texas Code of Criminal Procedure Article 11.07 requires the convicting court to decide, within 20 days of the expiration of the time allowed for the state's answer, if there are controverted, previously unresolved facts material to the legality of the applicant's confinement. Therefore, the Court should have acted upon this application for writ on or before July 28th, 2015. Exhibit "A"

If the court fails to act the Clerk is required to immediately transmit to the Court of Criminal Appeals a copy of the Application, any answers filed, and a certificate reciting that the court failed to act within the time permitted by Article 11.07.

This should be considered a fundamental violation of Due Process which is a

(1)

Constitutional right under the color of the law and the Texas Code of Criminal Procedure.

Relator prays this Honorable Court will grant relief deem just.

Sincerely,

Mark Eugene Engle

Everything stated is true and correct under penalty of perjury.

Mark Eugene Engle

Mark Eugene Engle
TDC # 1958430
899 FM 632
Kenedy, TX 78119

(2)

Exhibit

"A"

## W296-81587-98-HC

Ex parte Mark Eugene Engle  §  In the

§

§  296th Judicial District Court

§

§  of Collin County, Texas

### Response to Application for Writ of Habeas Corpus

The State of Texas files this Response to Application for Writ of Habeas Corpus:

**1.**

Mark Eugene Engle (Applicant) pleaded guilty to delivery of a controlled substance in penalty group 1, in an amount of more than 4 grams but less than 200 grams. Pursuant to the plea bargain agreement, the trial court sentenced Applicant to twenty-five years' confinement.

**2.**

Applicant did not appeal his conviction.

**3.**

On June 22, 2015, the Clerk served the State with the instant writ application.

FILED

2015 JUN 30  PM 2: 25    1

ANDREA STROH THOMPSON
DISTRICT CLERK
COLLIN COUNTY, TEXAS
BY_____DEPUTY



**4.**

In a sole ground for relief, Applicant alleges that he was denied due process when the trial court assessed court costs without first determining whether he had the financial resources to pay those costs.

**5.**

## A. Court Costs

In his sole ground for relief, Applicant alleges that the trial court should have determined whether he had the financial resources to pay court costs before being ordering him to pay costs. Court cost complaints are not "the proper subject of a statutorily governed post-conviction application for writ of habeas corpus." *Ex parte Knight*, 401 S.W.3d 60, 66 (Tex. Crim. App. 2013). Applicant's sole ground for relief should be dismissed. *See id.*

Respectfully submitted,

Greg Willis
Criminal District Attorney


Amy Sue Melo Murphy
Assistant Criminal District Attorney
SBT #24041545
2100 Bloomdale Rd., Ste. 200
McKinney, Texas 75071
(972) 548-4323
(214) 491-4860 fax

3

## Certificate of Service

A copy of the foregoing document has been served on Applicant, Mark Eugene Engle, TDCJ # 1958430, Connally Unit, 899 FM 632, Kenedy, TX 78119, on June 30, 2015.

_Amy Sue Melo Murphy_
Amy Sue Melo Murphy

4

# W296-81587-98-HC

Ex parte Mark Eugene Engle     §     In the

§

§     296th Judicial District Court

§

§     of Collin County, Texas

## Order

The Court, having reviewed Applicant's Application for Writ of Habeas Corpus and the State's Response, FINDS that:

1) Applicant's sole ground for relief complains of court costs assessed;

2) Court cost complaints are not the proper subject of a statutorily governed post-conviction application for writ of habeas corpus.

Accordingly, this Court recommends that the Court of Criminal Appeals **DISMISS** Applicant's Application.

**IT IS ORDERED** that the Clerk of this Court shall send copies of the Order to: (1) the Court of Criminal Appeals; (2) Applicant, Mark Eugene Engle, TDCJ # 1958430, Connally Unit, 899 FM 632, Kenedy, TX 78119; and (3) the Appellate Division of the Collin County Criminal District Attorney's Office.

**IT IS FURTHER ORDERED** that the District Clerk shall immediately transmit to the Court of Criminal Appeals a copy of Applicant's Application, the State's Response, and this Order.

1

**SIGNED** this _____ day of _____, 2015.

_____
JUDGE PRESIDING

Ex parte Mark Eugene Engle     §     In the

§

§     296th Judicial District Court

§

§     of Collin County, Texas

## Response to Application for Writ of Habeas Corpus

The State of Texas files this Response to Application for Writ of Habeas Corpus:

**1.**

Mark Eugene Engle (Applicant) pleaded guilty to delivery of a controlled substance in penalty group 1, in an amount of more than 4 grams but less than 200 grams. Pursuant to the plea bargain agreement, the trial court sentenced Applicant to twenty-five years' confinement.

**2.**

Applicant did not appeal his conviction.

**3.**

On June 22, 2015, the Clerk served the State with the instant writ application.



1

2015 JUN 30 PH 2: 24

ANDREA STROH THOMPSON
DISTRICT CLERK
COLLIN COUNTY, TEXAS
BY: _____ DEPUTY



**4.**

In a sole ground for relief, Applicant alleges that he was denied due process when the trial court assessed court costs without first determining whether he had the financial resources to pay those costs.

**5.**

**A. Court Costs**

In his sole ground for relief, Applicant alleges that the trial court should have determined whether he had the financial resources to pay court costs before being ordering him to pay costs. Court cost complaints are not "the proper subject of a statutorily governed post-conviction application for writ of habeas corpus." *Ex parte Knight*, 401 S.W.3d 60, 66 (Tex. Crim. App. 2013). Applicant's sole ground for relief should be dismissed. *See id.*

Respectfully submitted,

Greg Willis
Criminal District Attorney

Amy Sue Melo Murphy
Assistant Criminal District Attorney
SBT #24041545
2100 Bloomdale Rd., Ste. 200
McKinney, Texas 75071
(972) 548-4323
(214) 491-4860 fax

3

## Certificate of Service

A copy of the foregoing document has been served on Applicant, Mark Eugene Engle, TDCJ # 1958430, Connally Unit, 899 FM 632, Kenedy, TX 78119, on June 30, 2015.

_____
Amy Sue Melo Murphy

4

# W296-81588-98-HC

Ex parte Mark Eugene Engle §  In the

§

§  296th Judicial District Court

§

§  of Collin County, Texas

## Order

The Court, having reviewed Applicant's Application for Writ of Habeas Corpus and the State's Response, FINDS that:

1) Applicant's sole ground for relief complains of court costs assessed;

2) Court cost complaints are not the proper subject of a statutorily governed post-conviction application for writ of habeas corpus.

Accordingly, this Court recommends that the Court of Criminal Appeals **DISMISS** Applicant's Application.

**IT IS ORDERED** that the Clerk of this Court shall send copies of the Order to: (1) the Court of Criminal Appeals; (2) Applicant, Mark Eugene Engle, TDCJ # 1958430, Connally Unit, 899 FM 632, Kenedy, TX 78119; and (3) the Appellate Division of the Collin County Criminal District Attorney's Office.

**IT IS FURTHER ORDERED** that the District Clerk shall immediately transmit to the Court of Criminal Appeals a copy of Applicant's Application, the State's Response, and this Order.

1

**SIGNED** this _____ day of _____, 2015.

_____
JUDGE PRESIDING

2